UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:15CR __151__ (WWE) |
| | : | |
| v. | : | 18 U.S.C. Section 1343 (Wire Fraud) |
| | : | 26 U.S.C. Section 7206(1) (False Tax Return) |
| PENNY ROY | : | |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Wire Fraud)

1.   At all relevant times, the defendant PENNY ROY ("ROY") lived and worked in Connecticut. From approximately 1997 through approximately October 2013, ROY was employed as a payroll manager by Tallan, Inc. ("Tallan"), a Connecticut-based computer software company. ROY's responsibilities included processing Tallan's biweekly payroll; processing employee expense reimbursements; and inputting any changes to employee profiles, including changes to employee bank account information.

2.   Automatic Data Processing, LLC ("ADP") was a third-party payroll service provider based in New Jersey. Tallan used ADP's "Workforce Now" payroll application from at least December 2006 through in or about 2012. In early 2013, Tallan began using ADP's "Total Source" application. ROY was ADP's listed contact at Tallan.

1

## The Scheme to Defraud

3. From approximately December 2006 through approximately October 2013, in the District of Connecticut and elsewhere, ROY devised and intended to devise a scheme and artifice to defraud Tallan, and to obtain money and property from Tallan, by means of materially false and fraudulent pretenses, representations, and promises, in that ROY caused Tallan to pay money to which ROY was not entitled but that ROY nonetheless diverted to her own personal use, as more fully described below.

## Manner and Means

4. It was part of the scheme and artifice to defraud that ROY took the following steps in the District of Connecticut and elsewhere.

5. From approximately December 2006 through approximately 2012, using ADP's Workforce Now application, ROY inserted her own bank account information into the profiles of certain then-current Tallan employees. ROY also reactivated the profiles of certain then-former employees and input her own bank account information into their profiles.

6. ROY processed false expense reimbursements for both the current and former employees, with the funds going into ROY's own bank account. ROY also processed false payroll payments for the former employees, and diverted to herself compensation actually owed to the current employees (in amounts she calculated the employees would not detect).

7. After Tallan switched from ADP's Workforce Now application to the

Total Source application in early 2013, ROY changed the mechanics of her scheme. Instead of processing payments in other employees' names, she processed false expense reimbursements in her own name. ROY was terminated after these transactions were discovered in approximately October 2013.

8. In addition to the nearly $1.7 million that ROY diverted from Tallan to herself between December 2006 and October 2013, ROY also caused Tallan to withhold federal and state payroll taxes and other deductions on what it believed to be employees' taxable earnings but in truth was money stolen by ROY. Including these deductions, the total loss to Tallan was more than $2.075 million.

### The Execution of the Scheme

9. On or about May 4, 2012, for the purpose of executing the aforesaid scheme, ROY, while in Connecticut, knowingly caused to be transmitted by means of a wire communication in interstate commerce a fraudulent payroll payment in the amount of $14,443.52 that was processed through ADP's computer servers, which were located in Georgia and South Dakota, said payment representing money ROY intended for her own benefit but that did not in fact belong to ROY.

All in violation of Title 18, United States Code, Section 1343.

### COUNT TWO
(False Tax Return)

10. Paragraphs 1-9 are incorporated by reference as if stated in full herein.

11. In order to hide the existence of her fraudulent scheme, ROY willfully failed to report the proceeds of the scheme to the Internal Revenue Service on her

annual United States individual income tax return ("Form 1040").

12.  On or about April 2, 2011, in the District of Connecticut, ROY willfully subscribed and filed a Form 1040 for the calendar year 2010, which was verified by a written declaration that it was made under penalties of perjury and which ROY did not believe to be true and correct as to every material matter. That Form 1040, which was filed with the Internal Revenue Service, reported $404,328 in adjusted gross income whereas, as ROY then and there well knew, ROY received an additional $338,270.90 from Tallan that should have been included in gross income in 2010.

All in violation of Title 26, United States Code, Section 7206(1).


UNITED STATES OF AMERICA

*/s/ Deirdre M. Daly*
DEIRDRE M. DALY
UNITED STATES ATTORNEY

*/s/ Avi M. Perry*
AVI M. PERRY
ASSISTANT UNITED STATES ATTORNEY