UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | :     NO. 3:15CR151 (WWE) |
| PENNY ROY | :     SEPTEMBER 16, 2015 |

**MOTION TO MODIFY CONDITIONS OF BOND**

1. The defendant is charged with wire fraud and making a false statement to the Internal Revenue Service in violation of 18 U.S.C. §1343 and 26 U.S.C. §7206(1).

2. On August 21, 2015, the defendant was released by Magistrate Joan G. Margolis on a $50,000 non surety bond with various conditions.

3. The defendant is presently on medical leave until the end of September.

4. The defendant is attempting to secure full time employment and some of these job interviews may require her to travel outside Connecticut in the New England region (MA, RI, VT, NH).

5. The defendant has thus far been compliant with the conditions of her release.

6. The defendant is requesting permission to be able to travel outside of Connecticut and only in the New England region (MA, RI, VT, NH) specifically for purposes of seeking full time employment. Pretrial Services Officer Otto Rothi proposes that defendant obtain prior permission from the pretrial services officer assigned to her case each time she will be required to travel outside Connecticut for a job interview and that she provide the details of each interview (date, time, location etc)

7. Neither Pre-trial Services Officer Otto Rothi nor Assistant U. S. Attorney Avi

Perry object to this request.

8. The defendant agrees to a modification of the conditions of release as follows: if the defendant secures employment at a job where she would have access to money or financial information, she shall inform the new employer of her federal criminal charges before she begins work.

9. She further agrees to a modification of her bond that she be enjoined from gambling or being present in a casino or other gambling establishment.

WHEREFORE, the defendant respectfully requests that her conditions of release be modified (1) to permit her travel outside Connecticut in the New England (RI, MA, VT, NH) region for employment purposes only; and (2) to include the new conditions in Paragraphs 8 and 9 above.

Respectfully submitted,

DEFENDANT, PENNY ROY

By: /s/ Richard S Cramer
Richard S. Cramer
21 Oak Street, Suite 308
Hartford, CT 06106
Tel. 860.560.7704
Federal Bar #ct00016
Email: cramer@snet.net

## **CERTIFICATION**

Pursuant to the Court's designation of this matter as an electronically filed case, and in accordance with the requirements for certification of service in such cases, the undersigned certifies that the foregoing document was filed electronically on the 17th day of September 2015. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.



/s/ Richard S. Cramer
Richard S. Cramer