United States District Court
District of Connecticut

United States of America
   Plantiff

v.  Penny Roy
   Defendant

Case No. 3-15-CR-000151-001

FILED
2018 APR 20 15 1:04
U.S. DISTRICT COURT
NEW HAVEN COURT

## Motion For Recommendation Regarding Length of RRC Placement

Defendant, Penny Roy (Roy)     Pro Se litigant
Respectfully moves this court to recommend to the Bureau of Prisons (BOP) that Penny Roy receive 6 months of Residential Reentry (RRC) Placement.

   In 2008 Congress passed the Second Chance Act of 2007 to help improve the reintegration of offenders, and to reduce recidivism. 42 U.S.C. 17501 § (a)(1)-(6), In an effort to achieve the goals, the BOP utilized RRC's more commonly known as "Halfway Houses" to provide transitional services to offenders —
   As set fourth in 18 U.S.C. 3624 (c):
   (c) Prerelease Custody
   (1) In general — The director of the Bureau of Prisons Shall, to the extent of practicable, ensure that a prisoner serving a term of imprisonment spend a portion of the final months of that term (not to exceed 12 months), under conditions that will afford that prisoner a reasonable opportunity to adjust

(1 of 4)

to and prepare for the reentry of that prisoner into the community. Such conditions may include a Community Correctional Facility

(2) Home Confinement Authority — The authority under this subsection may be used to place a prisoner in home confinement for the shorter of 10 percent of the term of imprisonment of that prisoner or 6 months.

18 U.S.C. § 3624 (c)(1)-(2) (emphasis added)
While ultimately left to the discretion of the BOP, RRC placement must be:

(A) Conducted in a manner consistent with Section 3621 (b) of this title."
(B) Determined on an individual basis; and
(C) of sufficient duration to provide the greatest likelihood of successful reintegration into the community.

Roy is currently serving a 24 month sentence imposed by the Court. With good time and pursuant to section 3621 (e), Roy has a release date of November 21, 2018 making it vital for Roy to be recommended for 6 months of RRC time as soon as possible. Roy would greatly benefit from this placement to appropriately transition back into society. Since her incarceration, Roy has been preparing for her release but will be faced with several obstacles once she is back in society.

(2 of 4)

Upon release, Roy will be faced with the extrodinary task of securing employment, affording housing expenses and paying back restitution. The release to RRC placement will allow her to accomplish these tasks and have the greatest likelihood of successful reintegration into the community.

During her incarceration, Roy has been continuously involved and taking classes (see exhibit A). Roy has maintained an incident free, clear conduct record and has consistently worked in the dining hall for the past 9 months. The goals Roy hopes to accomplish immediately after release are securing employment, volunteering and reunification with her fiance and family.

Roy understands that the ultimate decision regarding how much RRC placement she receives lies with the discretion of the BOP, nonetheless the BOP is required statue to consider any judicial recommendation regarding the same, 18 U.S.C. § 3621(b) and the Court is free to make such a recommendation at "anytime." United States v Cardona, 2009 WL 3254177 at *1 (D Conn, 2009) ("[t]herefore, fore the foregoing reasons, the Court recommends that the Bureau of Prisons place defendant Cardona

(3 of 4)

in a residential reentry center or a halfway house, during his last months of his sentence.

Six months of RRC placement would greatly benefit Roy, her family and her community. In the interest of promoting her successful reentry into the community, Roy respectfully request that the Court recommend to the BOP that she receives 6 months of RRC placement.

Respectfully Submitted
Penny Roy - 4-16-18

Penny Roy 23119-014
Pro se litigant
Alderson Federal Prison Camp
PO Box A - Unit B Range 4
Alderson, West Virginia 24910

(4 of 4)

# Exhibit A - Activities and Classes

## Classes

1. **Residential Drug Abuse Program (RDAP)** - Roy is currently participating in RDAP and will be completing the 500 hour residential program on May 25, 2018. Upon release she will transition to TDAP to finish the program.
2. **Realestate and Career Placement** - Roy successfully completed this workshop consisting of 16 hours of training.
3. **Culinary Essentials** - Roy completed this Food Service class consisting of 6 hours of training.
4. **Nutrition** - Roy completed this class consisting of 3 hours of training.
5. **Community Leadership** - Roy completed this ACE program consisting of 8 hours of training.

## Other

- Roy currently holds the position of "Senior Guide" in the RDAP Service Committee "Sisters of Resolution" - Roy is responsible for mediating conflict between peers.
- Roy currently facilitates the inmate self help seminar "Assertive Communication" on an ongoing weekly basis.
- Roy currently is involved with the writing committee for her RDAP Completion Ceremony on May 25, 2018.
- Roy continues to keep in touch with her Hartford Federal Support Court Team on a monthly basis.